UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIMOTHY L. RASMUSSEN,<br><br>         Plaintiff,<br><br>  v.<br><br>DAVID EDWARDS et al.,<br><br>         Defendant. | Case No. C21-5304-RAJ-SKV<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT |

Having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation;

(2) This matter is DISMISSED without prejudice based on the *Younger* abstention doctrine; and,

(3) The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable S. Kate Vaughan.

Dated this 2nd day of July, 2021.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION AND DISMISSING
COMPLAINT - 1